## Harvey et al., Appellants, *v.* Duquesne Brewing Company.

Argued November 11, 1971.
*Seymour A. Sikov* and *Murray S. Love,* with them *Sikov & Love,* for appellants; *Thomas D. MacMullan,* with him *Brandt, McManus, Brandt & Malone,* for appellees.

Order affirmed.

SPAULDING, J., absent.

## Horvitz *v.* Spagnol, Appellant.

Argued November 12, 1971. *Michael J. Seymour,* with him *Feczko and Seymour,* for appellant; *Emerson G. Hess,* with him *Charles H. Lehman,* and *Hess, Hess, Peirce & Humphreys,* for appellee.

Order affirmed.

SPAULDING, J., absent.